**Dismissed and Memorandum Opinion filed January 26, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00846-CV

---

**SHIRLEY LYONS, Appellant**

**V.**

**HOUSTON INDEPENDENT SCHOOL DISTRICT AND COMMISSIONER OF EDUCATION, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-09417**

---

## MEMORANDUM OPINION

This is an attempted appeal from an order signed September 14, 2022. Appellant filed a motion for new trial on October 17, 2022. A motion for new trial must be filed within thirty days after the judgment or order is signed. Tex. R. Civ. P. 329b(a). Because appellant's motion was untimely, it did not operate to extend the deadline for filing a notice of appeal. *See* Tex. R. App. P 26.1(a). Appellant filed her notice of appeal on November 15, 2022. The notice of appeal must be

filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On December 22, 2022, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response concedes that this court does not have jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.